# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JARROD WAYNE KLINGENSMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1736

[January 30, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn Kelley, Judge; L.T. Case Nos. 50-2015-CF-005383-AXXX-MB and 50-2015-CF-008386-AXXX-MB.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Affirmed. *See P.J.A. v. State*, 152 So. 3d 805 (Fla. 4th DCA 2014).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***